UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST S. HARRIS,<br>  Petitioner,<br>v.<br>WARDEN FOLSOM STATE PRISON,<br>  Respondent. | Case No. 21-cv-06318-JCS (PR)<br><br>**ORDER OF TRANSFER** |

In this federal habeas action petitioner, who is housed in the Eastern District at CSP-Sacramento, challenges the CDCR's denial of time credits he alleges he is owed under Proposition 57.  This action is TRANSFERRED to the Eastern District of California because if a habeas petition involves parole or time credits claims, the district of confinement is the preferable forum.  28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b)(2); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:**  September 23, 2021

JOSEPH C. SPERO
Chief Magistrate Judge